**Opinion issued December 12, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00846-CV**

———————————

**IN RE JESSICA SANCHEZ FERNANDEZ, Relator**

---

**Original Proceeding on Petition for Writ of Habeas Corpus**

---

**MEMORANDUM OPINION**

Relator Jessica Sanchez Fernandez has filed a petition for writ of habeas corpus contending that an "Order on Enforcement of Protective Order Holding Respondent in Contempt and Ordering Attorney's Fees is void."[1]

We deny the petition for writ of habeas corpus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

---

[1] The underlying case is *Isael Urgelles v. Jessica Sanchez Fernandez*, cause number 2024-21170, pending in the 280th District Court of Harris County, Texas, the Honorable Damiane Dianne Curvey presiding.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Gunn.